In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-15-00378-CV**

_____

**KALPATARU POWER TRANSMISSION LIMITED AND KEC INTERNATIONAL LIMITED, Appellant**

**V.**

**JYOTI STRUCTURES LIMITED AND JYOTI AMERICAS, LLC, Appellee**

**On Appeal from the 410th District Court**
**Montgomery County, Texas**
**Trial Cause No. 13-12-13289-CV**

**MEMORANDUM OPINION**

An appellant, Kalpataru Power Transmission Limited, filed a motion to dismiss its accelerated appeal from the denial of its special appearance. The motion is voluntarily made by this appellant prior to any decision of this Court. *See* Tex. R. App. P. 42.1(a)(1). We grant the motion and dismiss the accelerated appeal of Kalpataru Power Transmission Limited. The accelerated appeal shall continue as to the remaining appellant, KEC International Limited. We direct the Clerk of the

1

Court to change the style of the appeal to No. 09-15-00378-CV, *KEC International*

*Limited v. Jyoti Structures Limited and Jyoti Americas, LLC*.

APPEAL DISMISSED IN PART.


PER CURIAM


Submitted on February 1, 2016
Opinion Delivered October 6, 2016

Before McKeithen, C.J., Kreger and Johnson, JJ.